IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br>KAISER ALUMINUM<br>CORPORATION,<br>            Debtors. | )<br>)<br>) **Jointly Administered**<br>)<br>) **Case No. 02-10429 (JKF)**<br>) **Chapter 11** |
| THE LIVERPOOL LIMITED<br>PARTNERSHIP,<br>            Appellant.<br>v.<br>ALPART JAMAICA, INC., KAISER<br>JAMAICA CORPORATION, KAISER<br>ALUMINA AUSTRALIA<br>CORPORATION, AND KAISER<br>FINANCE CORPORATION,<br>            Appellees. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**APPELLANT'S STATEMENT OF ISSUES ON APPEAL AND DESIGNATION
OF RECORD ON APPEAL FROM ORDER OVERRULING OBJECTION TO PLAN
CONFIRMATION BY LAW DEBENTURE TRUST COMPANY OF NEW YORK
AND BY LIVERPOOL LIMITED PARTNERSHIP [DOCKET NO. 8009]
<u>AND MEMORANDUM OPINION [DOCKET NO. 8008]</u>**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure and Rule 8006-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, The Liverpool Limited Partnership ("Appellant") hereby designates the following items for inclusion in the record and states the issues to be presented on appeal from the following: (a) Order Overruling Objection to Plan Confirmation by Law Debenture Trust Company of New York and by Liverpool Limited Partnership (D.I. 8009); and (b) Memorandum Opinion (D.I. 8008):

## STATEMENT OF ISSUES ON APPEAL

1. Did the United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court") err in broadly construing the subordination provisions of the indenture ("1993 Indenture") that governs the 12-3/4% notes issued by debtor Kaiser Aluminum & Chemical Corporation in 1993, so as to include guarantees issued by debtors Alpart Jamaica, Inc., Kaiser Jamaica Corporation, Kaiser Alumina Australia Corporation, and Kaiser Finance Corporation?

2. Did the Bankruptcy Court err in considering extrinsic evidence to construe the plain language of the 1993 Indenture's subordination provisions?

## DESIGNATION OF RECORD ON APPEAL

A. **Chapter 11 Case**

Appellant designates the following from the jointly administered chapter 11 cases styled *In re Kaiser Aluminum Corp., et al.*, 02-10429 (JKF):

| Filing Date | Docket No. | Record Item |
|---|---|---|
| 08/16/2004 | 4849 | Motion Pursuant to Bankruptcy Rule 3013 to Determine Classification of 1993 Note Guarantee Claims |
| 08/16/2004 | 4850 | Memorandum of Law in Support of Motion Pursuant to Bankruptcy Rule 3013 to Determine Classification of 1993 Note Guarantee Claims |
| 09/03/2004 | 4947 | Complaint for Declaratory Judgment Relief Pursuant to 11 U.S.C. §§ 105(a) and 510(a) and 28 U.S.C. § 2201 by U.S. Bank National Association, Ad Hoc Group of Senior Noteholders against Kaiser Aluminum & Chemical Corporation, Kaiser Jamaica Corporation, Kaiser Alumina Australia Corporation, Alpart Jamaica Inc., Kaiser Finance Corporation, Kaiser Micromill Holdings, LLC, Kaiser Sierra Micromills, LLC, Kaiser Texas Micromill Holdings, LLC, Kaiser Texas Sierra Micromills, LLC, Kaiser Bellwood Corporation, Kaiser Transaction Corp., Law Debenture Trust Company of New York |
| 09/07/2004 | 5016 | Transcript of Hearing Held 09/07/2004 |
| 10/08/2004 | 5165 | Response of the Official Committee of Unsecured Creditors to the Motion of Law Debenture Trust Company of New York Pursuant to Bankruptcy Rule 3013 to Determine Classification of Certain 1993 Note Guarantee |

| Filing Date | Docket No. | Record Item |
|---|---|---|
|  |  | Claims |
| 10/08/2004 | 5167 | Response of The Liverpool Limited Partnership to Motion Pursuant to Bankruptcy Rule 3013 to Determine Classification of 1993 Note Guarantee Claims |
| 10/08/2004 | 5168 | Memorandum of Law of Ad Hoc Group of Senior Noteholders in Opposition to Motion Pursuant to Bankruptcy Rule 3013 to Determine Classification of 1993 Note Guarantee Claims |
| 10/08/2004 | 5171 | Memorandum of Law in Opposition to Law Debenture Trust Company of New York's Motion to Determine Classification of 1993 Note Guarantee Claims |
| 10/08/2004 | 5174 | Response of Debtors and Debtors in Possession in Opposition to Law Debenture Trust Company of New York's Motion Pursuant to Bankruptcy Rule 3013 to Determine Classification of 1993 Note Guarantee Claims |
| 10/15/2004 | 5208 | Reply of Law Debenture Trust Company of New York to Responses to 3013 Motion |
| 10/15/2004 | 5212 | Reply of Debtors and Debtors in Possession to Response of the Liverpool Limited Partnership to Law Debenture Trust Company of New York's Motion to Determine Classification of 1993 Note Guarantee Claims |
| 10/18/2004 | 5221 | Reply of Debtors and Debtors in Possession to the Supplemental Joint Objection of the Official Committee of Asbestos Claimants and the Legal Representative for Future Asbestos Claimants to the Motion of Debtors for an Order Authorizing Them to Enter into Seventh Amendment to Post-Petition Credit Agreement and Pay Related Amended Fees |
| 10/28/2004 | 5291 | Transcript of Hearing Held on 10/25/2004 |
| 11/15/2004 | 5372 | Transcript Hearing Held on 11/08/2004 |
| 12/10/2004 | 5546 | Motion to Consolidate All Litigation Concerning the Relative Priority of Guarantees of Notes Issued By Kaiser Aluminum & Chemical Corporation in 1993, 1994 and 1996 Pursuant to Bankruptcy Rule 7042 and Rule 42 of the Federal Rules of Civil Procedure; or (2) Alternatively, to Intervene in the Above-Captioned Adversary Proceeding Pursuant to Bankruptcy Rule 7024 and Rule 24 of the Federal Rules of Civil Procedure |
| 01/03/2005 | 5793 | Transcript of Hearing Held 12/20/2004 |
| 01/07/2005 | 5860 | Response to Liverpool's Motion to Consolidate All Litigation |
| 01/07/2005 | 5863 | Joint Objection to (1) Motion of Liverpool Limited Partnership to Consolidate All Litigation Concerning the Relative Priority of Guarantees of Notes Issued By Kaiser Aluminum & Chemical Corporation in 1993, 1994 and 1996 Pursuant to Bankruptcy Rule 7042 and Rule 42 of the Federal Rules of Civil Procedure; or (2) Alternatively, to Intervene in the |

-3-

720641v1

| Filing Date | Docket No. | Record Item |
|---|---|---|
| | | Above-Captioned Adversary Proceeding Pursuant to Bankruptcy Rule 7024 and Rule 24 of the Federal Rules of Civil Procedure |
| 01/14/2005 | 5938 | Reply to Joint Objection of U.S. Bank and Certain Holders of Senior Notes to Liverpool's Motion to Consolidate All Litigation Concerning Priority of Guarantees |
| 01/14/2005 | 5939 | Consolidated Reply to Responses of Law Debenture and the Debtors to Liverpool's Motion to Consolidate Litigation Concerning the Priority of Guarantees of Notes |
| 02/03/2005 | 6076 | Transcript of Hearing Held 01/24/2005 |
| 02/25/2005 | 6261 | Third Amended Joint Plan of Liquidation for Alpart Jamaica Inc. and Kaiser Jamaica Corporation |
| 02/25/2005 | 6265 | Third Amended Joint Plan of Liquidation for Kaiser Alumina Australia Corporation and Kaiser Finance Corporation |
| 03/15/2005 | 6344 | Pre-Hearing Brief of the Official Committee of Unsecured Creditors in Support of Confirmation of the Third Amended Joint Plan of Liquidation for Alpart Jamaica Inc. and Kaiser Jamaica Corporation (Docket No. 6261) and Third Amended Joint Plan of Liquidation for Kaiser Alumina Australia Corporation and Kaiser Finance Corporation (Docket No. 6265) |
| 03/15/2005 | 6355 | Joint Brief of U.S. Bank National Association, as Indenture Trustee, and Certain Holders of Senior Notes in Support of Plan Confirmation and Full Subordination of the 1993 Senior Subordinated Notes and Guarantees |
| 03/15/2005 | 6356 | Brief of Debtors and Debtors in Possession in Support of Confirmation of the (I) Third Amended Joint Plan of Liquidation for Alpart Jamaica, Inc. and Kaiser Jamaica Corporation and (II) Third Amended Joint Plan of Liquidation for Kaiser Alumina Australia Corporation and Kaiser Finance Corporation |
| 03/16/2005 | 6361 | Revised/Joint Brief of U. S. Bank National Association, as Indentured Trustee, and Certain Holders of Senior Notes in Support of Plan Confirmation and Full Subordination of the 1993 Senior Subordinated Notes and Guarantees |
| 04/05/2005 | 6497 | Motion to Strike Declarations of John T. La Duc, Theodore D. Sands, Martin Balsam, Paul Steven Greenberg, and Kenneth D. Gartrell, Which Have Been Filed In Support of (1) Brief of Debtors and Debtors In Possession In Support of Confirmation... [Docket No. 6356]; and/or (II) Joint Brief of U.S. Bank National Association, As Indenture Trustee, and Certain Holders of Senior Notes In Support of Plan Confirmation and Full Subordination of the 1993 Senior Subordinated Notes and Guarantees [Docket No. 6355] |

720641v1

| Filing Date | Docket No. | Record Item |
|---|---|---|
| 04/05/2005 | 6502 | Brief of Deutsche Bank Trust Company, N.A., As Successor Trustee, With Respect to the Amended Liquidating Plans |
| 04/05/2005 | 6504 | Objection of Law Debenture Trust Company of New York to Subordination of 1993 Note Guarantees Pursuant to (A) The Third Amended Joint Plan of Liquidation for Alpart Jamaica, Inc. and Kaiser Jamaica Corporation Dated February 25, 2005, and (B) The Third Amended Joint Plan of Liquidation for Kaiser Alumina Australia Corporation and Kaiser Finance Corporation, Dated February 25, 2005 |
| 04/05/2005 | 6505 | Objection of Law Debenture Trust Company of New York to (I) Subordination of Indenture Trustee Fees and Expenses Under (A) The Third Amended Joint Plan of Liquidation for Alpart Jamaica, Inc. and Kaiser Jamaica Corporation Dated February 25, 2005, and (B) The Third Amended Joint Plan of Liquidation for Kaiser Alumina Australia Corporation and Kaiser Finance Corporation, Dated February 25, 2005 and to (II) Proposed Settlement of 7 3/4% SWD Revenue Bond Dispute |
| 04/05/2005 | 6508 | The Liverpool Limited Partnership's Objection to Confirmation of the Plans of Reorganization Proposed By The Subsidiary Guarantors; Responses To Briefs In Support Thereof |
| 04/07/2005 | 6534 | Motion to Strike Affidavit of William F. Duhamel |
| 04/07/2005 | 6535 | Notice of Filing of Modifications to the Third Amended Joint Plans of Liquidation for (I) Kaiser Alumina Australia Corporation and (II) Alpart Jamaica Inc. and Kaiser Jamaica Corporation and Related Trust Distribution Agreements |
| 04/08/2005 | 6546 | Consolidated Reply of the Official Committee of Unsecured Creditors to: 1) Objection of Law Debenture Trust Company of New York to (I) Subordination of Indenture Trustee Fees and Expenses Under (A) The Third Amended Joint Plan of Liquidation for Alpart Jamaica, Inc. and Kaiser Jamaica Corporation Dated February 25, 2005, and (B) The Third Amended Joint Plan of Liquidation for Kaiser Alumina Australia Corporation and Kaiser Finance Corporation, Dated February 25, 2005 and to (II) Proposed Settlement of 7 3/4% SWD Revenue Bond Dispute (Docket No. 6505); 2) Objections of Law Debenture Trust Company of New York to Subordination of 1993 Note Guarantees Pursuant to (A) The Third Amended Joint Plan of Liquidation for Alpart Jamaica, Inc. and Kaiser Jamaica Corporation Dated February 25, 2005, and (B) The Third Amended Joint Plan of Liquidation for Kaiser Alumina Australia Corporation and Kaiser Finance Corporation, dated February 25, 2005 (Docket No. 6504); and 3) A Portion of the Liverpool Limited Partnership's Objection to Confirmation of the Plans of Reorganization Proposed by the Subsidiary Guarantors; Response to Briefs in Support Thereof (Docket No. 6508) |

720641v1

| Filing Date | Docket No. | Record Item |
|---|---|---|
| 04/08/2005 | 6550 | Joint Brief of Debtors and Debtors in Possession, U.S. Bank National Association, as Indenture Trustee, and Certain Holders of Senior Notes in Support of Plan Confirmation and Full Subordination of the 1993 Senior Subordinated Notes and Guarantees |
| 04/08/2005 | 6558 | Reply of Debtors and Debtors in Possession to Objection of Law Debenture Trust Company of New York to (I) Subordination of Indenture Trustee Fees and Expenses Under (A) the Third Amended Joint Plan of Liquidation for Alpart Jamaica, Inc. and Kaiser Jamaica Corporation and (B) the Third Amended Joint Plan of Liquidation for Kaiser Alumina Australia Corporation and Kaiser Finance Corporation and to (II) Proposed Settlement of 7-3/4% SWD Revenue Dispute |
| 04/11/2005 | 6565 | Joint Objection of Debtors and Debtors in Possession, U.S. Bank National Association, and Certain Holders of Senior Notes to Liverpool Limited Partnership's Motion to Strike Declarations of John T. LaDuc, Theodore D. Sands, Martin Balsam, Paul Steven Greenberg, and Kenneth D. Gartrell [D.I. 6497] and Motion to Strike Affidavit of William F. Duhamel [D.I. 6534] |
| 04/25/2005 | 6722 | Transcript of Hearing Held 04/13/2005 |
| 05/06/2005 | 6759 | Objection to Declarations and Deposition Designations Submitted by the Debtors, U.S. Bank, As Indenture Trustee for the 1996 Notes and the Ad Hoc Group of 1994/96 Noteholders |
| 05/10/2005 | 6857 | Transcript of Hearing Held 04/27/2005 |
| 05/13/2005 | 6790 | Joint Response of Debtors and Debtors in Possession, U.S. Bank National Association, and Certain Holders of Senior Notes to Liverpool Limited Partnership's and Law Debenture Trust Company of New York's Objections to Declarations and Deposition Designations Submitted by the Debtors, U.S. Bank, as Indenture Trustee for the 1996 Notes and the Ad Hoc Group of the 1994/96 Noteholders [D.I. 6759] |
| 05/13/2005 | 6791 | Findings of Fact and Conclusions of Law Joint Proposed Submitted by Debtors and Debtors in Possession, the Unsecured Creditors' Committee, the Ad Hoc Group of Senior Noteholders, U.S. Bank National Association, as Indenture Trustee, and Certain Holders Of, and the Indenture Trustee For, the Gramercy Revenue Bonds |
| 05/13/2005 | 6792 | Joint Closing Argument Brief of Debtors and Debtors in Possession, the Unsecured Creditors' Committee, the Ad Hoc Group of Senior Noteholders, U.S. Bank National Association, as Indenture Trustee, and Certain Holders Of, and the Indenture Trustee for, the Gramercy Revenue Bonds in Connection with the Guaranty Subordination Dispute |
| 05/27/2005 | 6845 | Closing Brief of Law Debenture Trust Company of New York and the Liverpool Limited Partnership With Respect to Subordination of 1993 Note |

| Filing Date | Docket No. | Record Item |
|---|---|---|
| | | Guarantees Pursuant to (A) The Third Amended Joint Plan of Liquidation for Alpart Jamaica, Inc. and Kaiser Jamaica Corporation Dated February 25, 2005, and (B) The Third Amended Joint Plan of Liquidation for Kaiser Alumina Australia Corporation and Kaiser Finance Corporation, Dated February 25, 2005 |
| 05/27/2005 | 6846 | Joint Proposed Findings of Fact and Conclusion of Law Submitted by Law Debenture Trust Company of New York and Liverpool Limited Partnership With Respect to Subordination of 1993 Note Guarantees Pursuant to (A) The Third Amended Joint Plan of Liquidation for Alpart Jamaica, Inc. and Kaiser Jamaica Corporation Dated February 25, 2005, and (B) The Third Amended Joint Plan of Liquidation for Kaiser Alumina Australia Corporation and Kaiser Finance Corporation, Dated February 25, 2005 |
| 06/03/2005 | 6870 | Joint Brief (Closing) of Debtors and Debtors in Possession, the Unsecured Creditors' Committee, the Ad Hoc Group of Senior Noteholders, U.S. Bank National Association, as Indenture Trustee, and Certain Holders Of, and the Indenture Trustee for, the Gramercy Revenue Bonds in Connection with the Guaranty Subordination Dispute |
| 06/06/2005 | 6872 | Notice of Completion of Briefing Regarding Guaranty Subordination Dispute in Connection with (I) the Third Amended Joint Plan of Liquidation for Kaiser Alumina Australia Corporation and Kaiser Finance Corporation and (II) the Third Amended Joint Plan of Liquidation for Alpart Jamaica Inc. and Kaiser Jamaica Corporation [Re: Docket Nos. 6792, 6845, and 6870] |
| 08/02/2005 | 7110 | Transcript of Telephonic Hearing Held 05/02/2005 |
| 11/22/2005 | 7792 | Motion of the Debtors and Debtors in Possession Kaiser Alumina Australia Corporation, Kaiser Finance Corporation, Alpart Jamaica Inc. and Kaiser Jamaica Corporation for the Entry of (I) An Order Authorizing Modifications to Their Third Amended Joint Plans of Liquidation and (II) An Order Confirming Their Third Amended Joint Plans of Liquidation |
| 12/05/2005 | 7848 | Limited Objection of The Liverpool Limited Partnership To Motion Of Debtors and Debtors in Possession Kaiser Alumina Australia Corporation, Kaiser Finance Corporation, Alpart Jamaica, Inc., And Kaiser Jamaica Corporation For The Entry Of (I) An Order Authorizing Modifications To Their Third Amended Joint Plans Of Liquidation And (II) An Order Confirming Their Third Amended Joint Plans of Liquidation [Docket No. 7792] |
| 12/05/2005 | 7850 | Response to (and Reservation of Rights) as Indenture Trustee for the 10-7/8% Senior Notes to the Motion of the Debtors and Debtors in Possession Kaiser Alumina Australia Corporation, Kaiser Finance Corporation, Alpart Jamaica Inc. and Kaiser Jamaica Corporation for the Entry of (I) An Order Authorizing Modifications to Their Third Amended Joint Plans of |

720641 v 1

| Filing Date | Docket No. | Record Item |
|---|---|---|
| | | Liquidation and (II) An Order Confirming Their Third Amended Joint Plans of Liquidation |
| 12/09/2005 | 7888 | Reply of Debtors and Debtors in Possession to Liverpool Limited Partnership's Limited Objection to Motion of Debtors and Debtors in Possession Kaiser Alumina Australia Corporation, Kaiser Finance Corporation, Alpart Jamaica Inc. and Kaiser Jamaica Corporation for the Entry of (I) an Order Authorizing Modifications to Their Third Amended Joint Plan of Liquidation and (II) an Order Confirming Their Third Amended Joint Plans of Liquidation |
| 12/19/2005 | 7970 | Notice of Filing of Third Modifications to the Third Amended Joint Plans of Liquidation for (I) Kaiser Alumina Australia Corporation and Kaiser Finance Corporation and (II) Alpart Jamaica Inc. and Kaiser Jamaica Corporation and Related Trust Distribution Agreements |
| 12/20/2005 | 7983 | Order Confirming (I) The Third Amended Joint Plan of Liquidation For Kaiser Alumina Australia Corporation and Kaiser Finance Corporation and (II) The Third Amended Joint Plan of Liquidation For Alpart Jamaica Inc. And Kaiser Jamaica Corporation |
| 12/22/2005 | 8008 | Memorandum Opinion |
| 12/22/2005 | 8009 | Order Overruling Objection to Plan Confirmation by Law Debenture Trust Company of New York and by Liverpool Limited Partnership |
| 01/03/2006 | 8049 | Motion of Law Debenture Trust Company of New York for Continuation of Stay Pending Appeal |
| 01/03/2006 | 8050 | Memorandum of Law in Support of Motion of Law Debenture Trust Company of New York for Continuation of Stay Pending Appeal |
| 01/03/2006 | 8051 | Motion of Law Debenture Trust Company of New York for Reconsideration of Order Overruling Fee Objection |
| 01/03/2006 | 8052 | Notice of Appeal |
| 01/06/2006 | 8088 | Response of The Liverpool Limited Partnership in Support of Motion of Law Debenture Trust Company of New York for Continuation of Stay Pending Appeal |
| 01/09/2006 | 8098 | Statement of Deutsche Bank Trust Company, N.A., as Successor Trustee, on Motion of Law Debenture Trust Company of New York for Continuation of Stay Pending Appeal |
| 01/09/2006 | 8099 | Joint Response of the Debtors and Debtors in Possession, the Official Committee of Unsecured Creditors, Certain Holders of Senior Notes and Certain Holders of, and the Indenture Trustee for, the 7-3/4% SWD Revenue Bonds to Motion of Law Debenture Trust Company of New York for Reconsideration of Order Overruling Fee Objection |

| Filing Date | Docket No. | Record Item |
|---|---|---|
| 01/09/2006 | 8100 | The Objection of Debtors and Debtors in Possession, US Bank National Association, as Indenture Trustee for 10-7/8% Noteholders, Certain Holders of Senior Notes, Official Committee of Unsecured Creditors and Certain Holders of, and the Indenture Trustee for, the 7-3/4% SWD Revenue Bonds to Law Debenture Trust Company of New York's Motion for Stay Pending Appeals |
| 01/12/2006 | 8134 | Notice of Appeal |
| 01/13/2006 | 8135 | Transcript of Hearing held on 01/09/2006 |
| 02/08/2006 | 8240 | Order Granting Law Debenture Trust Company's Motion for Reconsideration and Overruling Objection to Plan Confirmation |
| 02/13/2006 | 8260 | Amended Notice of Appeal |

Appellant also designates the following exhibits that were admitted in evidence in connection with the hearings held on April 13, 2006 and April 27, 2006:

1. Indenture dated as of October 28, 1988 between KaiserTech Acquisition and Irving Trust Company, as Trustee.

2. Indenture dated as of October 28, 1988 between KaiserTech Acquisition and Security Pacific National Trust Company (New York), as Trustee.

3. First Supplemental Indenture, dated as of October 28, 1988, between KaiserTech Acquisition and Irving Trust Company, as Trustee.

4. First Supplemental Indenture, dated as of October 28, 1988, between KaiserTech Acquisition and Security Pacific National Trust Company (New York), as Trustee.

5. Indenture dated December 21, 1989 between Kaiser Aluminum & Chemical Corporation and the Bank of New York, Trustee.

6. Indenture dated as of February 1, 1993 between Kaiser Aluminum & Chemical Corporation and the First National Bank of Boston, Trustee.

7. Prospectus dated January 22, 1993.

8. Indenture dated February 17, 1994 between Kaiser Aluminum & Chemical Corporation and First Trust National Association, Trustee.

9. Prospectus dated February 10, 1994.

720641v.1

10. Indenture dated as of October 23, 1996 between Kaiser Aluminum & Chemical Corporation and First Trust National Association, Trustee.

11. Prospectus dated January 21, 1997.

12. Indenture dated as of December 23, 1996 between Kaiser Aluminum & Chemical Corporation and First National Association, Trustee.

13. Prospectus dated December 30, 1996.

14. Correspondence dated October 23, 1996.

15. Correspondence dated December 23, 1996.

16. Correspondence dated February 17, 1994.

17. Credit Agreement dated as of December 13, 1989.

18. Credit Agreement dated as of February 15, 1994.

19. Deposition of John La Duc.

20. Deposition of Theodore Sands.

21. Deposition of Martin Balsam.

22. Declaration of John La Duc.

23. Declaration of Theodore Sands.

24. Declaration of Martin Balsam.

720641v.1

### B. Adversary Proceeding 04-55115(JKF)

Appellant designates the following from the adversary proceeding styled *U.S. Bank National Association, et al. v. Kaiser Aluminum & Chemical Corporation, et al.*, Docket No. 04-55115(JKF):

| Filing Date | Docket No. | Record Item |
| --- | --- | --- |
| 09/03/2004 | 1 | Complaint for Declaratory Judgment Relief Pursuant to 11 USC § 105(a) and 510(a) and 28 USC § 2201 by U.S. BANK NATIONAL ASSOCIATION, Ad Hoc Group of Senior Noteholders against Kaiser Aluminum & Chemical Corporation, Kaiser Jamaica Corporation, Kaiser Alumina Australia Corporation, Alpart Jamaica Inc., Kaiser Finance Corporation, Kaiser Micromill Holdings, LLC, Kaiser Sierra Micromills, LLC, Kaiser Texas Micromill Holdings, LLC, Kaiser Texas Sierra Micromills, LLC, Kaiser Bellwood Corporation, Kaiser Transaction Corp., Law Debenture Trust Company of New York |
| 10/08/2004 | 6 | Answer and Affirmative Defenses of the Law Debenture Trust Company of New York |
| 10/08/2004 | 7 | Answer of Debtors and Debtors in Possession to Complaint for Declaratory Relief Pursuant to 11 U.S.C. Section 105 (a), Section 510 (a) and 28 U.S.C. Section 201 |
| 10/11/2004 | 8 | Amended Answer of Debtors and Debtors in Possession to Complaint for Declaratory Relief Pursuant to 11 U.S.C. Section 105 (a), Section 510 (a) and 28 U.S.C. Section 2201 |
| 12/02/2004 | 9 | Law Debenture Trust Company of New York's Motion for Summary Judgment |
| 12/10/2004 | 10 | Joint Motion of Debtors and Debtors in Possession, U.S. Bank National Association and Certain Holders of Senior Notes for an Order Staying Adversary Proceedings Pending Completion of the Confirmation Process for Certain Debtors and Debtors in Possession |
| 12/10/2004 | 14 | Motion to Consolidate |
| 01/04/2005 | 22 | Order Appointing James J. White as Mediator and Directing Mediation. |
| 01/07/205 | 24 | Joint Motion of Debtors and Debtors in Possession, U.S. Bank National Association, and Certain Holders of Senior Notes for an Order Staying Adversary Proceedings Pending Completion of the Confirmation Process for Certain Debtors and Debtors in Possession |
| 01/07/2005 | 25 | Objection of Law Debenture Trust Company of New York to Joint Motion for an Order Staying Adversary Proceedings Pending |

720641v1

| Filing Date | Docket No. | Record Item |
|---|---|---|
| | | Completion of the Confirmation Process |
| 01/07/2005 | 26 | Response of Law Debenture Trust Company of New York to Liverpool's Motion to Consolidate All Litigation |
| 01/07/2005 | 27 | Response of Liverpool Limited Partnership to Law Debenture Trust Company of New York's Motion for Summary Judgment |
| 01/07/2005 | 28 | Joint Objection of U.S. Bank National Association as Indenture Trustee and Certain Holders of Senior Notes to Motion of Law Debenture Trust Company of New York to Set a Briefing Schedule on Cross Motions for Summary Judgment |
| 01/07/2005 | 29 | Response of Debtors and Debtors in Possession to Law Debenture Trust Company of New York's Motion for Summary Judgment |
| 01/07/2005 | 30 | Response of Debtors and Debtors in Possession to The Liverpool Limited Partnership's Motion (1) to Consolidate All Litigation Concerning the Relative Priority of Guarantees of Notes Issued by Kaiser Aluminum & Chemical Corporation in 1993, 1994, and 1996; or (2) Alternatively, to Intervene in the Above-Captioned Adversary Proceeding |
| 01/14/2005 | 34 | Reply of Law Debenture Trust Company of New York to Objections to Motion for Summary Judgment |
| 01/14/2005 | 35 | Joint Reply of Debtors and Debtors in Possession, U.S. Bank National Association and Certain Holders of Senior Notes to the Objection of the Liverpool Limited Partnership to Joint Motion to Stay Adversary Proceedings Pending Completion of the Confirmation Process |
| 01/14/2005 | 36 | Joint Reply of Debtors and Debtors in Possession, U.S. Bank National Association and Certain Holders of Senior Notes to Law Debenture Trust Company of New York's Objection to Joint Motion to Stay Adversary Proceedings Pending Completion of the Confirmation Process |
| 01/14/2005 | 37 | Reply to Joint Objection of U.S. Bank and Certain Holders of Senior Notes to Liverpool's Motion to Consolidate All Litigation Concerning Priority of Guarantees |
| 01/14/2005 | 38 | Consolidated Reply to Responses of Law Debenture and the Debtors to Liverpool's Motion to Consolidate Litigation Concerning the Priority of Guarantees of Notes |
| 04/20/2005 | 40 | Order Staying Adversary Proceedings Pending Completion of the Confirmation Process For Certain Debtors and Debtors in Possession |
| 12/22/2005 | 42 | Order Dismissing Adversary Proceeding as Moot |

720641v1

| | |
|---|---|
| Dated: February 21, 2006 | POTTER ANDERSON & CORROON LLP |

By /s/ Rebecca S. Beste
David J. Baldwin (ID No. 1010)
Rebecca S. Beste (ID No. 4154)
1313 North Market Street
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Facsimile: (302) 658-1192

and

Isaac M. Pachulski
K. John Shaffer
STUTMAN, TREISTER & GLATT, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788

*Attorneys for Appellant, The Liverpool Limited Partnership*