IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #** 4

IN RE: Kaiser Aluminum Corp.

|  |  |  |
|---|---|---|
| Liverpool Limited Partnership | ) | |
| Appellant | ) | Civil Action No. 06-160 |
| v. | ) | |
| | ) | |
| U.S. National Bank Association | ) | Bankruptcy Case No.02-10429 |
| | | AP No.06-04 |
| Appellee | | |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 12/22/05 was docketed in the District Court on 3/9/06:

Order Overruling Objection to Plan Confirmation by Law Debenture Trust Company of New York and by Liverpool Limited Partnership and related Memorandum Opinion

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

Peter T. Dalleo
Clerk of Court

Date: March 9, 2006

To: U.S. Bankruptcy Court
Counsel