UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:<br><br>**KAISER ALUMINUM CORP., et al.,**<br><br>Debtors. | ) ) ) ) ) ) ) ) | **Chapter 11**<br><br>**Jointly Administered**<br>**Bankruptcy Case No. 02-10429**<br>**(JKF)** |
| **LAW DEBENTURE TRUST COMPANY OF NEW YORK,**<br><br>Appellant,<br><br>v.<br><br>**KAISER ALUMINUM CORP., et al.,**<br><br>Appellees. | ) ) ) ) ) ) ) ) ) )) ) | **Civil Action No. 06-00088 JJF** |
| **LIVERPOOL LIMITED PARTNERSHIP,**<br><br>Appellant,<br><br>v.<br><br>**ALPART JAMAICA, INC., KAISER JAMAICA CORPORATION, KAISER ALUMINA AUSTRALIA CORPORATION, AND KAISER FINANCE CORPORATION**<br><br>Appellees. | ) ) ) ) ) ) ) ) ) ) )) )) ) | **Civil Action No. 06-00160 JJF** |

**CERTIFICATION OF COUNSEL REGARDING JOINT STIPULATION AND AGREED ORDER REGARDING ADMINISTRATIVE CONSOLIDATION OF APPEALS AND <u>REVISED BRIEFING SCHEDULE</u>**

I, Francis A. Monaco, Jr., of the law firm of Monzack and Monaco, P.A., co-counsel for Law

53533

Debenture Trust Company of New York (the "LDTC"), hereby certify as follows regarding the Joint Stipulation and Agreed Order Regarding Administrative Consolidation of Appeals and Revised Briefing Schedule (the "Agreed Order") attached hereto as Exhibit "A":

1. On or about February 8, 2006, Law Debenture Trust Company of New York commenced a bankruptcy appeal captioned *Law Debenture Trust Company of New York v. Kaiser Aluminum Corp., et al.*, Civil Action No. 06-088 (JJF), which is currently pending before this Court.

2. On or about March 9, 2006, Liverpool Limited Partnership commenced a bankruptcy appeal captioned *Liverpool Limited Partnership v. US Bank National Association, as Indenture Trustee*, Civil Action No. 06-00160 (JJF), which also is currently pending before this Court.

3. The above-referenced bankruptcy appeals (the "Appeals") concern substantially similar issues such that administrative consolidation would be beneficial to the administration of these cases.

4. Counsel for LDTC requests that the Court enter the Agreed Order, attached hereto as Exhibit "A", which has been signed and consented to by LDTC; Liverpool Limited Partnership; the Debtors; Ad Hoc Group of Senior Note Holders; Bear Stearns & Co., Inc.; Citadel Equity Fund Ltd.; Citadel Credit Trading Ltd.; Deutsche Bank Trust Company, National Association, as Successor Trustee for 9-7/8% Notes; J.P. Morgan Trust Company, National Association, Successor to Bank One Trust Company, N.A., as Indenture Trustee; and U.S. Bank National Association, as Indenture Trustee

5. The undersigned certifies that in addition to obtaining the consent of the above-referenced parties, the Agreed Order was circulated to counsel for the other parties identified as represented by

counsel on the docket for each of the Appeals.[1/]  Respective counsel for the Official Committee of Unsecured Creditors, Ace Insurance Company, the U.S. Trustee, the Asbestos Claimant's Committee and the Asbestos Futures Representative each have indicated that they either take no position or have no objection to the Agreed Order.

WHEREFORE, counsel for LDTC respectfully requests that the Court enter the Agreed Order attached hereto as Exhibit "A".

Dated: March 30, 2006                                    **MONZACK AND MONACO, PA**

                                                          __/s/ Francis A. Monaco, Jr.___
                                                          Francis A. Monaco, Jr. (#2078)
                                                          Joseph J. Bodnar (#2512)
                                                          1201 N. Orange Street, Suite 400
                                                          Wilmington, DE 19801
                                                          (302) 656-8162

---

[1/] None of the other parties identified as represented by counsel on the dockets for the Appeals has filed a notice of appearance or any other document in either of the Appeals. Nonetheless, in an abundance of caution, counsel for LDTC has circulated the Agreed Order to them in advance of filing it with the Court.

CTDOCS/1656888.1                      3

**EXHIBIT "A"**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KAISER ALUMINUM CORP., et al.,<br><br>Debtors. | Chapter 11<br><br>Jointly Administered<br>Bankruptcy Case No. 02-10429<br>(JKF) |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK,<br><br>Appellant,<br><br>v.<br><br>KAISER ALUMINUM CORP., et al.,<br><br>Appellees. | Civil Action No. 06-00088 JJF |
| LIVERPOOL LIMITED PARTNERSHIP,<br><br>Appellant,<br><br>v.<br><br>ALPART JAMAICA, INC., KAISER JAMAICA CORPORATION, KAISER ALUMINA AUSTRALIA CORPORATION, AND KAISER FINANCE CORPORATION<br><br>Appellees. | Civil Action No. 06-00160 JJF |

**JOINT STIPULATION AND AGREED ORDER REGARDING ADMINISTRATIVE CONSOLIDATION OF APPEALS AND BRIEFING SCHEDULE**

This Joint Stipulation and Agreed Order (the "Order") is made as of March 30, 2006, by and between Law Debenture Trust Company of New York; Liverpool Limited Partnership; the Debtors; Ad Hoc Group of Senior Note Holders; Deutsche Bank Trust Company, National Association, as Successor Trustee for 9-7/8% Notes; J.P. Morgan Trust Company, National

Association, Successor to Bank One Trust Company, N.A., as Indenture Trustee; and U.S. Bank National Association, as Indenture Trustee (collectively, the "Parties").

WHEREAS, on or about February 8, 2006, Law Debenture Trust Company of New York commenced a bankruptcy appeal captioned *Law Debenture Trust Company of New York v. Kaiser Aluminum Corp., et al.*, Civil Action No. 06-088 (JJF), which is currently pending before this Court;

WHEREAS, on or about March 9, 2006, Liverpool Limited Partnership commenced a bankruptcy appeal captioned *Liverpool Limited Partnership v. US Bank National Association, as Indenture Trustee*, Civil Action No. 06-00160, which also is currently pending before this Court; and

WHEREAS, the above-mentioned bankruptcy appeals concern substantially similar issues such that administrative consolidation would be beneficial to the administration of these cases.

NOW, THEREFORE, IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED, by and among the undersigned, subject to the approval of the Court, as follows:

1. The above-mentioned bankruptcy appeals shall be administratively consolidated and *Law Debenture Trust Company of New York v. Kaiser Aluminum Corp., et al.*, Civil Action No. 06-088 (JJF), shall be the lead case for such purposes.

2. The following briefing schedule shall apply in the administratively consolidated cases:

Opening Briefs on appeal shall be filed within thirty (30) days of the entry of this Order by the Court.

Answering Briefs on appeal shall be filed within thirty (30) days of receipt of Opening Briefs.

Reply Briefs on appeal shall be filed within twenty (20) days of receipt of Answering Briefs.

Dated: March 30, 2006

**LAW DEBENTURE TRUST COMPANY OF NEW YORK**

*/s/ Francis A. Monaco, Jr.*

Francis A. Monaco, Jr. (#2078)
Joseph J. Bodnar (#2512)
Monzack & Monaco, P.A.
1201 North Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19899
Tel. (302) 656-8162
E-mail: fmonaco@monlaw.com

and

Evan D. Flaschen
Gregory W. Nye
Bingham McCutchen LLP
One State Street
Hartford, CT 06103-3178
Tel. (860) 240-2700
E-mail: evan.flaschen@bingham.com
E-mail: gregory.nye@bingham.com

**LIVERPOOL LIMITED PARTNERSHIP**

*Rebecca S. Beste*
David J. Baldwin (DE No. 1010)
Rebecca S. Beste (DE No. 4154)
Potter Anderson & Corroon LLP
1313 N. Market St. Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951
Tel. (302) 984-6067
Facsimile: (302) 658-1192

and

Isaac M. Pachulki
K. John Shaffer
Stutman, Treister & Glatt, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimilie: (310) 228-5788
E-mail: kjshaffer@Stutman.com

DEBTORS, KAISER ALUMINUM CORP., et al.

*/s/ Gregory M. Gordon*
Gregory M. Gordon
Daniel P. Winikka
~~Nick Bowen~~
Jones Day
2727 North Harwood St.
Dallas, TX 75201
E-mail: gmgordon@jonesday.com
E-mail: dpwinikka@jonesday.com
~~E-mail: nbowen@jonesday.com~~

and

Daniel J. DeFranceschi
Kimberly D. Newmarch
Richards, Layton & Finger, PA
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
E-mail: defranceschi@rlf.com
E-mail: newmarch@rlf.com

AD HOC GROUP OF SENIOR NOTE
HOLDERS

*[signature]*

George A. Davis
Diane Harvey
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
E-mail: diane.harvey@weil.com
          george.davis@weil.com

and

Karen C. Bifferato
Marc J. Phillips (#4445)
Connolly Bove Lodge & Hutz, LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
Telephone: (302) 658-9141
Facsimile: (302) 658-5614
E-mail: kbifferato@cblh.com
          mphillips@cblh.com

BEAR, STEARNS & CO., INC.,
CITADEL EQUITY FUND LTD. AND
CITADEL CREDIT TRADING LTD.

*/s/ David N. Crapo*

David N. Crapo
Gibbons, Del Deo, Dolan, Griffinger &
Vecchione, P.C.
One Riverfront Plaza
Newark, New Jersey 07102-5496
Telephone: (973) 596-4523
Facsimile: (973) 639-6244
E-mail: dcrapo@gibbonslaw.com

and

Duane D. Werb,
Jennifer H. Unhoch
Werb & Sullivan
300 Delaware Ave. - 13th Fl.
P.O. Box 25046
Wilmington, DE 19899
Telephone: (302) 652-1100
Facsimile: (302) 652-1111

DEUTSCHE BANK TRUST COMPANY,
NATIONAL ASSOCIATION, AS
SUCCESSOR TRUSTEE FOR 9-7/8%
NOTES

*/s/ Mark Hebbeln*
---
Harold L. Kaplan, Esq.
Mark F. Hebbeln, Esq.
Gardner Carton & Douglas LLP
191 North Wacker Drive - Suite 3700
Chicago, IL 60606-1698
Telephone: (312) 569-1000
Facsimile: (312) 569-3000
E-mail: hkaplan@gcd.com
E-mail: mhebbeln@gcd.com

and

Carl N. Kunz, III, Esq.
Morris, James Hitchens & Williams LLP
222 Delaware Ave. - 10th Fl.
Wilmington, DE 19801
Telephone: (302) 888-6811
Facsimile: (302) 571-1750
E-mail: ckunz@morrisjames.com

J.P. MORGAN TRUST COMPANY,
NATIONAL ASSOCIATION,
SUCCESSOR TO BANK ONE TRUST
COMPANY, N.A., AS INDENTURE
TRUSTEE

_____
Elizabeth J. Futrell, Esq.
Aimee M. Quirk, Esq.
Jones, Walker, Waechter, Poitevent, Carrère &
Denègre, L.L.P.
201 St. Charles Ave.
New Orleans, LA 70170
Telephone: (504) 582-8000
Facsimile: (504) 582-8011
E-mail: efutrell@joneswalker.com

-8-

U.S. BANK NATIONAL ASSOCIATION,
AS INDENTURE TRUSTEE

_/s/ Clark T. Whitmore_

Clark T. Whitmore
Alain M. Baudry
Christina A. Smith
Maslon, Edelman, Borman & Brand, LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
Telephone: (612) 672-8335
Facsimile: (612) 642-8335
E-mail: alain.baudry@maslon.com
        clark.whitmore@maslon.com

and

Michael B. Joseph
Theodore J. Tacconelli
Ferry, Joseph & Pearce, P.A.
824 Market St. - Suite 904
Wilmington, DE 19899
Telephone: (302) 575-1555
Facsimile: (302) 575-1714
E-mail: ttacconelli@ferryjoseph.com
        mjoseph@ferryjoseph.com

SO ORDERED, this ____ day of March, 2006

_____
UNITED STATES DISTRICT COURT JUDGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **KAISER ALUMINUM CORP., et al.,** | ) | **Jointly Administered** |
| | ) | **Bankruptcy Case No. 02-10429** |
| Debtors. | ) | **(JKF)** |
| | ) | |
| **LAW DEBENTURE TRUST COMPANY OF NEW YORK,** | ) | |
| | ) | |
| Appellant, | ) | **Civil Action No. 06-00088 JJF** |
| | ) | |
| v. | ) | |
| | ) | |
| **KAISER ALUMINUM CORP., et al.,** | )) | |
| | ) | |
| Appellees. | ) | |
| **LIVERPOOL LIMITED PARTNERSHIP,** | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | **Civil Action No. 06-00160 JJF** |
| | ) | |
| **ALPART JAMAICA, INC., KAISER JAMAICA CORPORATION, KAISER ALUMINA AUSTRALIA CORPORATION, AND KAISER FINANCE CORPORATION** | ) | |
| | ) | |
| Appellees. | ) | |

## CERTIFICATE OF SERVICE

I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that I caused service of the foregoing document to be made on March 30, 2006 upon:

| | |
|---|---|
| Isaac M. Pachulki<br>K. John Shaffer<br>Stutman, Treister & Glatt, P.C.<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, California 90067<br>Telephone: (310) 228-5600 | Karen C. Bifferato<br>Marc J. Phillips (#4445)<br>Connolly Bove Lodge & Hutz, LLP<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19801 |

Document #: 53537

| | |
|---|---|
| Facsimilie: (310) 228-5788<br>E-mail: kjshaffer@Stutman.com<br><br><br>David J. Baldwin (# 1010)<br>Rebecca S. Beste<br>Potter Anderson & Corroon LLP<br>1313 N. Market St. Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>Tel. (302) 984-6067<br>Facsimile: (302) 658-1192<br><br>Gregory M. Gordon<br>Daniel P. Winikka<br>Jones Day<br>2727 North Harwood St.<br>Dallas, TX 75201<br>E-mail:  gmgordon@jonesday.com<br>E-mail:  dpwinikka@jonesday.com<br><br>Daniel J. DeFranceschi<br>Kimberly D. Newmarch<br>Richards, Layton & Finger, PA<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE  19899<br>E-mail:  defranceschi@rlf.com<br>E-mail:  newmarch@rlf.com<br><br>George A. Davis<br>Diane Harvey<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone:  (212) 310-8000<br>Facsimile:  (212) 310-8007<br>E-mail:  diane.harvey@weil.com<br>    george.davis@weil.com<br><br>Clark T. Whitmore<br>Alain M. Baudry<br>Christina A. Smith<br>Maslon, Edelman, Borman & Brand, LLP<br>3300 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN  55402-4140<br><br>Michael B. Joseph<br>Theodore J. Tacconelli<br>Ferry, Joseph & Pearce, P.A.<br>824 Market St. - Suite 904 | Telephone:  (302) 658-9141<br>Facsimile:  (302) 658-5614<br>E-mail:  kbifferato@cblh.com<br><br>David N. Crapo<br>Gibbons, Del Deo, Dolan, Griffinger &<br>Vecchione, P.C.<br>One Riverfront Plaza<br>Newark, New Jersey 07102-5496<br>Telephone: (973) 596-4523<br>Facsimile: (973) 639-6244<br>E-mail: dcrapo@gibbonslaw.com<br><br>Duane D. Werb,<br>Jennifer H. Unhoch<br>Werb & Sullivan<br>300 Delaware Ave. - 13th Fl.<br>P.O. Box 25046<br>Wilmington, DE  19899<br>Telephone:  (302) 652-1100<br>Facsimile:  (302) 652-1111<br><br>Harold L. Kaplan, Esq.<br>Mark F. Hebbeln, Esq.<br>Gardner Carton & Douglas LLP<br>191 North Wacker Drive - Suite 3700<br>Chicago, IL  60606-1698<br>Telephone:  (312) 569-1000<br>Facsimile:  (312) 569-3000<br>E-mail:  hkaplan@gcd.com<br>E-mail:  mhebbeln@gcd.com<br><br>Carl N. Kunz, III, Esq.<br>Morris, James Hitchens & Williams LLP<br>222 Delaware Ave. - 10th Fl.<br>Wilmington, DE  19801<br>Telephone:  (302) 888-6811<br>Facsimile:  (302) 571-1750<br>E-mail:  ckunz@morrisjames.com<br><br><br>Elizabeth J. Futrell, Esq.<br>Aimee M. Quirk, Esq.<br>Jones, Walker, Waechter, Poitevent,<br>Carrère & Denègre, L.L.P.<br>201 St. Charles Ave.<br>New Orleans, LA  70170<br>Telephone:  (504) 582-8000<br>Facsimile:  (504) 582-8011<br>E-mail:  efutrell@joneswalker.com<br><br>   David M. Klauder<br>   Trial Attorney |

| | |
|---|---|
| Wilmington, DE  19899<br>Telephone:  (302) 575-1555<br>Facsimile:  (302) 575-1714<br>E-mail:  ttacconelli@ferryjoseph.com<br>          mjoseph@ferryjoseph.com<br><br><br>Mark T Hurford<br>Campbell & Levine, LLC<br>800 King Street<br>Suite 300<br>Wilmington, DE 19801<br>302-426-1900<br>Fax : 302-426-9947<br>Email: cl@camlev.com<br><br>Sharon M Zieg<br>Donald Brown<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Bldg., 17th Floor<br>1000 West Street<br>PO Box 391<br>Wilmington, DE 19899 | Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br><br><br>William P. Bowden, Esq.<br>Ashby & Geddes<br>222 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE  19899<br>E-mail:  wbowden@ashby-geddes.com |

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated:  March 30, 2006

_/s/ Heidi E. SAsso_____
Heidi E. Sasso

Document #: 53537