UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>KAISER ALUMINUM CORP., et al.,<br><br>                Debtors. | Chapter 11<br>Case No. 02-10429 (JFK) |
| LAW DEBENTURE TRUST COMPANY<br>OF NEW YORK,<br><br>                Appellant,<br>v.<br><br>KAISER ALUMINUM CORP., et al.,<br><br>                Appellees. | Case No. 06-00088 (JJF) |
| THE LIVERPOOL LIMITED PARTNERSHIP,<br><br>                Appellant,<br>v.<br><br>ALPART JAMAICA, INC., et al.,<br><br>                Appellees. | Case No. 06-00160<br>(Administratively Consolidated<br>with 06-00088) |

**NOTICE OF CHANGE OF ADDRESS**

      PLEASE TAKE NOTICE that, effectively immediately, the address and law firm affiliation of the attorneys noted below has changed. The new address and contact information is:

Evan D. Flaschen<br>
Gregory W. Nye<br>
BRACEWELL & GIULIANI LLP<br>
Goodwin Square<br>
225 Asylum Street, Suite 2600<br>
Hartford, CT 06103<br>
Telephone: (860) 947-9000<br>
Facsimile: (860) 760-6789<br>
Email: evan.flaschen@bgllp.com<br>
gregory.nye@bgllp.com

Dated: May 2, 2007                    By: /s/ Evan D. Flaschen
                                                       Evan D. Flaschen
                                                       Gregory W. Nye
                                                       BRACEWELL & GIULIANI LLP
                                                       Goodwin Square
                                                       225 Asylum Street, Suite 2600
                                                       Hartford, CT 06103
                                                       Attorneys to Law Debenture
                                                       Trust Company of New York

## **CERTIFICATE OF SERVICE**

I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that I caused service of the foregoing document to be made on May 2, 2007, upon the parties listed on the attached Schedule A, via electronic mail and/or Hand Delivery or US Mail:

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: May 2, 2007                                           /s/Heidi E. Sasso
                                                             NAME

**SCHEDULE A**

| | |
|---|---|
| Isaac M. Pachulki<br>K. John Shaffer<br>Stutman, Treister & Glatt, P.C.<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, California 90067<br>Telephone: (310) 228-5600<br>Facsimilie: (310) 228-5788<br>E-mail: kjshaffer@Stutman.com<br><br>David J. Baldwin (# 1010)<br>Potter Anderson & Corroon LLP<br>1313 N. Market St. Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>Tel. (302) 984-6067<br>Facsimile: (302) 658-1192<br><br>Gregory M. Gordon<br>Daniel P. Winikka<br>Jones Day<br>2727 North Harwood St.<br>Dallas, TX 75201<br>E-mail: gmgordon@jonesday.com<br>E-mail: dpwinikka@jonesday.com<br><br>Daniel J. DeFranceschi<br>Kimberly D. Newmarch<br>Richards, Layton & Finger, PA<br>One Rodney Square, P.O. Box 551<br>Wilmington, DE 19899<br>E-mail: defranceschi@rlf.com<br>E-mail: newmarch@rlf.com<br><br>George A. Davis<br>Diane Harvey<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br>E-mail: diane.harvey@weil.com<br>   george.davis@weil.com | Karen C. Bifferato<br>Marc J. Phillips (#4445)<br>Connolly Bove Lodge & Hutz, LLP<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19801<br>Telephone: (302) 658-9141<br>Facsimile: (302) 658-5614<br>E-mail: kbifferato@cblh.com<br><br>David N. Crapo<br>Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C.<br>One Riverfront Plaza<br>Newark, New Jersey 07102-5496<br>Telephone: (973) 596-4523<br>Facsimile: (973) 639-6244<br>E-mail: dcrapo@gibbonslaw.com<br><br>Duane D. Werb,<br>Jennifer H. Unhoch<br>Werb & Sullivan<br>300 Delaware Ave. - 13th Fl.<br>P.O. Box 25046<br>Wilmington, DE 19899<br>Telephone: (302) 652-1100<br>Facsimile: (302) 652-1111<br><br>Harold L. Kaplan, Esq.<br>Mark F. Hebbeln, Esq.<br>Gardner Carton & Douglas LLP<br>191 North Wacker Drive - Suite 3700<br>Chicago, IL 60606-1698<br>Telephone: (312) 569-1000<br>Facsimile: (312) 569-3000<br>E-mail: hkaplan@gcd.com<br>E-mail: mhebbeln@gcd.com<br><br>Carl N. Kunz, III, Esq.<br>Morris, James Hitchens & Williams LLP<br>222 Delaware Ave. - 10th Fl.<br>Wilmington, DE 19801<br>Telephone: (302) 888-6811<br>Facsimile: (302) 571-1750<br>E-mail: ckunz@morrisjames.com |

| | |
|---|---|
| Clark T. Whitmore<br>Alain M. Baudry<br>Christina A. Smith<br>Maslon, Edelman, Borman & Brand, LLP<br>3300 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN  55402-4140<br><br>Michael B. Joseph<br>Theodore J. Tacconelli<br>Ferry, Joseph & Pearce, P.A.<br>824 Market St. - Suite 904<br>Wilmington, DE  19899<br>Telephone:  (302) 575-1555<br>Facsimile:  (302) 575-1714<br>E-mail:  ttacconelli@ferryjoseph.com<br>           mjoseph@ferryjoseph.com<br><br>Mark T Hurford<br>Campbell & Levine, LLC<br>800 King Street<br>Suite 300<br>Wilmington, DE 19801<br>302-426-1900<br>Fax : 302-426-9947<br>Email: mhurford@camlev.com<br><br>Sharon M Zieg<br>Donald Brown<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Bldg., 17th Floor<br>1000 West Street<br>PO Box 391<br>Wilmington, DE 19899 | Elizabeth J. Futrell, Esq.<br>Aimee M. Quirk, Esq.<br>Jones, Walker, Waechter, Poitevent, Carrère & Denègre, L.L.P.<br>201 St. Charles Ave.<br>New Orleans, LA  70170<br>Telephone:  (504) 582-8000<br>Facsimile:  (504) 582-8011<br>E-mail:  efutrell@joneswalker.com<br><br>David M. Klauder<br>Trial Attorney<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br><br>William P. Bowden, Esq.<br>Ashby & Geddes<br>222 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE  19899<br>E-mail:  wbowden@ashby-geddes.com<br><br>Marc Stephen Casarino, Esq.<br>White & Williams LLP<br>824 Market Street, Ste. 902<br>Wilmington, DE 19801<br>casarinom@whiteandwilliams.com<br><br>Rebecca S. Beste, Esquire<br>Dalton & Associates PA<br>Cool Spring Meeting House<br>1106 West Tenth Street<br>Wilmington, DE 19806 |